**Chandria and Lonnie FINLEY, Parents and Next Friends of Dylon Tyler Finley, a minor, Petitioners–Appellants,**

v.

**SECRETARY OF HEALTH AND HUMAN SERVICES, Respondent–Appellee.**

No. 03–5057.

United States Court of Appeals, Federal Circuit.

March 11, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).